**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1854**

———————

SARAH ABOULHOSN,

        Plaintiff - Appellant,

    v.

CITY OF MANASSAS,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-00610-MSN-LRV)

———————

Submitted:  December 18, 2025               Decided:  December 22, 2025

———————

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sarah Aboulhosn, Appellant Pro Se.  Brian Peter Ettari, Richmond, Virginia, Melissa Yvonne York, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sarah Aboulhosn appeals the district court's order granting Defendant's motion to dismiss Aboulhosn's multiple federal discrimination claims, including claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213; and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order, *Aboulhosn v. City of Manassas*, No. 1:25-cv-00610-MSN-LRV (E.D. Va. July 7, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*